IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES EDWARD GRANT,

                                  JUDGMENT IN A CIVIL CASE

    Plaintiff,

                                       16-cv-654-jdp

v.

JOHN SCHULTZ,
MATTHEW DARGA and
URBAN LAND INTEREST,

    Defendants.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case under the court's sanctions against plaintiff James Grant.


    /s/                                                       10/19/2016

Peter Oppeneer, Clerk of Court                   Date